# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: REESTABLISHMENT OF THE :    NO. 483
MAGISTERIAL DISTRICTS WITHIN
THE 26th JUDICIAL DISTRICT OF    :    MAGISTERIAL RULES DOCKET
THE COMMONWEALTH OF
PENNSYLVANIA    :
   :

## ORDER

**PER CURIAM**

**AND NOW**, this 24th day of May 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 26th Judicial District (Columbia and Montour Counties) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of Magisterial Districts 26-3-02 and 26-3-03, within Columbia County, to be effective immediately, is granted; that the Petition, which provides for the realignment of Magisterial Districts 26-2-01 and 26-3-01, within Columbia County, to be effective October 4, 2022, is granted; and that the Petition, which provides for the reestablishment of Magisterial District 26-3-04, within Montour County, to be effective immediately, is granted.

Said Magisterial Districts shall be as follows:

Magisterial District 26-2-01        Town of Bloomsburg
Magisterial District Judge Russell L. Lawton        Scott Township


Magisterial District 26-3-01        Benton Borough
Magisterial District Judge Doug D. Brewer        Millville Borough
       Orangeville Borough
       Stillwater Borough

Benton Township
Fishing Creek Township
Greenwood Township
Hemlock Township
Jackson Township
Madison Township
Montour Township
Mount Pleasant Township
Orange Township
Pine Township
Sugarloaf Township

Magisterial District 26-3-02
Magisterial District Judge Richard W. Knecht

Berwick Borough
Briar Creek Borough
Briar Creek Township
North Centre Township
South Centre Township

Magisterial District 26-3-03
Magisterial District Judge Craig W. Long

Catawissa Borough
Centralia Borough
Beaver Township
Catawissa Township
Cleveland Township
Conyngham Township
Franklin Township
Locust Township
Main Township
Mifflin Township
Roaring Creek Township

Magisterial District 26-3-04
Magisterial District Judge Marvin K. Shrawder

Danville Borough
Washingtonville Borough
Anthony Township
Cooper Township
Derry Township
Liberty Township
Limestone Township
Mahoning Township
Mayberry Township
Valley Township
West Hemlock Township